Josephine M. Gerrard (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Nicole Renee Buchanan

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE RENEE BUCHANAN,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner Of Social Security,<br><br>Defendant | Case No. 2:24-cv-02466-DMC<br><br>ORDER |

The parties' stipulation for an extension of time to file Plaintiff's opening brief, ECF No. 11, is APPROVED.  Plaintiff's opening brief now is due January 6, 2025, and Defendant's response due on or before February 5, 2025.

**IT IS ORDERED**.

Dated:  December 11, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF - 1