MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Office of General Counsel
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE RENEE BUCHANAN,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:24-cv-02466-DMC<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from February 5, 2025, to March 7, 2025. This is Defendant's first request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

    Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its

Stipulated Motion for Extension of Time

1

response. Counsel has multiple merit briefs currently due in district court cases this week. Counsel for Defendant was also recently out of the office providing care for his son who was home with illness. Given upcoming competing workload requirements an extension until March 7, 2025, will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

DATE: February 4, 2025     By:     *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

DATE: February 4, 2025     By:     *s/ Josephine Mary Gerrard* *
Josephine Mary Gerrard
Gerrard Law Offices
(*as authorized by email)
Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 7, 2025, to respond to Plaintiff's Motion for Summary Judgment.

Dated: February 5, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE