Josephine M. Gerrard (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Nicole Renee Buchanan

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE RENEE BUCHANAN,<br><br>          Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>          Defendant | Case No. 2:24-cv-02466-DMC<br><br>**ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

      On November 18, 2025, the parties filed a stipulation, signed by all counsel, for the award of attorney's fees under the Equal Access to Justice Act.  See ECF No. 21.  Good cause appearing therefor, the parties' stipulation will be approved, and attorney's fees will be awarded pursuant to the parties' agreement.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The parties' stipulation, ECF No. 21, is approved.

2. The Commissioner shall pay attorney's fees in the amount of $10,000.00, such fees made payable to Plaintiff's counsel pursuant to an assignment executed by Plaintiff and subject to any offset determined by the Department of the Treasury.

Dated: November 19, 2025



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE